2000-KA-00606-SCT